| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Christopher Rawsthorne<br>Special Agent: Raymond Nichols | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Haitham Sami Bazzi | Case No. Case: 2:22−mj−30173<br>Assigned To : Unassigned<br>Assign. Date : 4/7/2022<br>USA V. BAZZI (CMP)(CMC) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2022 through April 4, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) | Production of child pornography |
| 18 USC § 2252A(a)(5)(B) | Possession of child pornography |
| 18 USC § 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Raymond C. Nichols, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: April 7, 2022

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Raymond C. Nichols, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### I.     INTRODUCTION

1. I have been employed as a Special Agent of the FBI since February 2012 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI I obtained a bachelor's degree in computer information systems and was employed as a network/server administrator for approximately 9 years. While employed by the FBI, I have investigated federal criminal violations related to Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2252A. I am authorized by law to request a arrest warrant.

1

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **HAITHAM SAMI BAZZI** (date of birth \*\*/\*\*/1995) for violations of 18 U.S.C. §§ 2251(a) (production of child pornography), 2252A(a)(5)(B) (possession of child pornography), and 2252A(a)(2) (receipt of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training and background as a Special Agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **BAZZI** has violated Title 18 U.S.C. §§ 2251(a), 2252A(a)(5)(B), and 2252A(a)(2).

## II.   PROBABLE CAUSE

5. On April 4, 2022, Detective Sergeant James Isaacs of the Dearborn Police Department made contact with RP (reporting party) who was an adult male that wished to report an individual for possession of child pornography. RP informed Detective Isaacs that he had met another adult male through an online

dating app for homosexual men. RP first made contact with the male on March 29, 2022 and communicated with him through at least April 4, 2022.

6. The adult male provided RP his phone number, \*\*\*-\*\*\*-5360 and requested RP call him. The adult male invited RP to his home and provided an address in Dearborn, Michigan.

7. RP went to the adult male's home on April 1, 2022, where he and the adult male engaged in a sexual act. During the encounter the adult male told RP, "I have a little cousin, I'd love to see you fuck him". RP stated that he brushed the comment off and did not think much about it.

8. On April 4, 2022, RP again went to the adult male's home in Dearborn, Michigan. RP stated that he sat down on a couch in the basement and the adult male began performing a sexual act on him. While performing the sex act the adult male asked RP if he wanted to "see nude photos of me?" RP agreed to look at the photos at which time the adult male went into another room to retrieve a phone. The adult male then showed RP videos of himself performing sex acts on another adult male. RP began to swipe the phone screen to see additional photos at which time the adult male stated, "no, don't do that, you may see something you don't want to see. I've got a lot of pictures from the dark web" to which RP replied, "...whatever you have on there is staying with you, I am not taking anything from it".

3

9. RP stated that while looking at the adult male's phone he observed 12 videos and "lots" of pictures of children engaged in "…sexual acts – oral and anal penetration". While looking at the photos RP noticed that 6-7 of the files appeared to depict the same child. RP asked the adult male if that was his cousin mentioned earlier to which he responded, "No, I wish. I can get him high and then I would love to see you forcible rape him." RP believed the male was making that statement in reference to the cousin mentioned during their meetup on April 1, 2022.

10. Dearborn Police Department tentatively identified the adult male with whom RP had been in contact as **HAITHAM SAMI BAZZI** (date of birth \*\*/\*\*/1995) based in part upon a physical description provided by RP and the fact that the phone number provided to RP by the adult male was listed on a previous Dearborn Police report as belonging to **BAZZI.**

11. On April 4, 2022, Detective Isaacs obtained a search warrant for **BAZZI'**s residence in Dearborn, Michigan and served it that evening. At that time **HAITHAM SAMI BAZZI** was located in the basement of the home and arrested on an outstanding warrant.

12. **BAZZI** was advised of his *Miranda* rights, which he stated he understood, and then consented to an interview. **BAZZI** then told Detective Isaacs that he had obtained child pornography through group chats on internet based social

4

media applications such as Telegram, KIK, and Mega. **BAZZI** provided Detective Isaacs with passwords for his devices and the interview was ended.

13. During the search warrant at **BAZZI**'s residence, officers located several items of interest, to include approximately .2 grams of suspected methamphetamine (tested positive), suspected GHB (commonly referred to as the "date rape drug"), and numerous electronic items including phones and computers.

14. During the review of an iPhone 11 Pro Max, found in the basement of **BAZZI**'s residence, officers located 48 videos that appeared to meet the definition of child pornography along with approximately 17 videos that may be child pornography depending on the age of the individuals depicted. Three of the child pornography videos were described below:

   a. IMG_7967.MOV – is an approximate one minute 19 second video that appeared to depict an adult male with an erect penis anally penetrating what appears to be a child under the age of 2.

   b. IMG_7686.MOV – is an approximate 4 minute 31 second video that appeared to depict an adult male's erect penis penetrating the vagina of an approximate 6-8 year old female.

   c. IMG_7727.MOV – is an approximate 1 minute 8 second video that appears to depict an adult male performing fellatio on an approximate 3-4 year old male.

15. Detective Isaacs identified a potential child pornography video, IMG_0167, saved on another iPhone located during the search of **BAZZI**'s residence. The iPhone was located in the basement and named "Haitham's Iphone".

The video was created on March 27, 2022 and appeared to depict a male along with **BAZZI** in **BAZZI**'s bedroom in the basement of **BAZZI**'s residence in Dearborn, Michigan. The male is situated between **BAZZI**'s legs. **BAZZI** provides a glass pipe containing suspected methamphetamine to the male and then lights it for him. The male takes a puff of the pipe and then performs oral sex on **BAZZI.**

16. Detective Isaacs again spoke with **BAZZI** who denied ever sexually abusing a child or creating images or videos of same. **BAZZI** admitted that he downloaded and saved child pornography from the internet. **BAZZI** wrote out a statement and agreed to take a polygraph exam.

17. On April 7, 2022, **BAZZI** was interviewed by Detectives at the Dearborn Police Department in preparation for a polygraph exam. During that interview **BAZZI** admitted that he had been in a sexual relationship with a male whom **BAZZI** believed to be 16 years old, hereafter MV1 (minor victim 1). **BAZZI** had met MV1 in the summer of 2021 though an internet-based dating application. **BAZZI** admitted that he had recorded the two engaged in sexual activity, and that **BAZZI** had provided methamphetamine to MV1 to smoke while they engaged in sex. **BAZZI** identified the male depicted in the video described in paragraph 15 as MV1.

18. On April 7, 2022, Detectives of the Dearborn Police Department were able to identify MV1, a resident of the Eastern District of Michigan who was born

in 2005. Based upon the creation date of the child pornography video of MV1 described above, MV1 would have been 16 years old at the time.

### III. CONCLUSION

19. Based on the foregoing, there is probable cause to believe **HAITHAM SAMI BAZZI** has violated 18 U.S.C. §§ 2251(a) (production of child pornography), 2252A(a)(5)(B) (possession of child pornography), and 2252A(a)(2) (receipt of child pornography).

Respectfully submitted,

_____
Raymond C. Nichols, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: April 7, 2022

7