6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAITHAM SAMI BAZZI,

Defendant.
_____/

Case: 2:22-cr-20215
Judge: Berg, Terrence G.
MJ: Stafford, Elizabeth A.
Filed: 04-20-2022 At 03:19 PM
INDI USA VS BAZZI (DP)

Violations:
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2252A(a)(2) & (b)(1)
18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### SEXUAL EXPLOITATION OF CHILDREN
### (18 U.S.C. §§ 2251(a) and (e))

On and around March 27, 2022, in the Eastern District of Michigan, the defendant, HAITHAM SAMI BAZZI, knowingly employed, used, persuaded, induced, enticed, and coerced MV-1, a male born in 2005, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that had been mailed, shipped,

and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
### RECEIPT OF CHILD PORNOGRAPHY
### (18 U.S.C. §§ 2252A(a)(2) and (b)(1))

Beginning in 2018 and continuing through on or about April 4, 2022, in the Eastern District of Michigan, the defendant, HAITHAM SAMI BAZZI, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and the images had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT THREE
### POSSESSION OF CHILD PORNOGRAPHY
### (18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

On or about April 4, 2022, in the Eastern District of Michigan, the defendant, HAITHAM SAMI BAZZI, knowingly possessed material that contained child pornography, as defined in 18 U.S.C. § 2256(8), which

involved at least one image of a prepubescent minor and a minor who had not attained 12 years of age; that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer; or that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 2253(a))

The allegations contained in counts one through three of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a).

Upon conviction of the offenses alleged in this Indictment, HAITHAM SAMI BAZZI, shall, pursuant to 18 U.S.C. § 2253(a), forfeit to the United States the following:

    i.    any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

ii. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the property subject to forfeiture described in subparagraphs (a) through (e) above.

**THIS IS A TRUE BILL**.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/Brandy R. McMillion*
BRANDY R. MCMILLION
Chief, General Crimes Unit
Assistant United States Attorney


*s/Tara Mathena Hindelang*
TARA MATHENA HINDELANG
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9543
Tara.Hindelang@usdoj.gov


*s/Christopher W. Rawsthorne*
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9160
Christopher.Rawsthorne@usdoj.gov

Dated: April 20, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: CWR |

**Case Title:** USA v. HAITHAM SAMI BAZZI

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 22-mj-30173       ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 20, 2022
Date

Christopher Rawsthorne
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9160
Fax:    (313) 226-2372
E-Mail address: christopher.rawsthorne@usdoj.gov
Attorney Bar #: P84401

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.